Michael Miretsky, Esq., State Bar No. 180734
michaelmiretsky@jmll.com
LEIBL, MIRETSKY & MOSELY, LLP
5014 Chesebro Rd.
Agoura Hills, CA 91301
(818) 380-0123
(818) 380-0124 (Fax)

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA GUBERMAN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 100 inclusive,<br><br>  Defendants. | No.:<br><br>**NOTICE OF REMOVAL**<br>**[28 U.S.C. §§1332, 1441 & 1446]**<br><br>**[DIVERSITY JURISDICTION]** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to 28 *U.S.C.* §1332, 1441 and 1446, defendant, Costco Wholesale Corporation ("Costco") hereby removes the above-captioned action from the Superior Court of the State of California for the County of Los Angeles to this Court. The grounds for removal are as follows:

## STATE COURT ACTION

1.  On May 23, 2022, Plaintiff Inna Guberman ("Plaintiff") filed a civil action in the Superior Court of the State of California for the County of Los Angeles entitled Inna Guberman v. Costco Wholesale Corporation, a Washington

1
DEFENDANT COSTCO WHOLESALE CORPORATION'S
NOTICE OF REMOVAL

Corporation; and Does 1 through 100, Case No. 22STCV16986 (the "State Court Action").

2. Plaintiff subsequently served Costco with a copy of the Complaint and Summons from the state court on or about May 25, 2022. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A.

3. Costco is the only Defendant that has been served with the Summons and Complaint in this action.

4. Costco filed and served a copy of its Answer in state court on June 13, 2022. A true and correct copy of the Answer is attached hereto as Exhibit B.

5. Plaintiff served a Statement of Damages on May 25, 2022 along with the Summons and Complaint. A true and correct copy of the Statement of Damages is attached hereto as Exhibit C.

6. Plaintiff is a citizen of California. She resides in California and intends to remain in California.

7. Defendant is a corporate citizen of Washington, with its principal place of business located in Kirkland, Washington.

8. Plaintiff's Statement of Damages asserts an amount in controversy of $6,000,000. It lists past medical expenses of $1,000,000; future medical expenses of $1,000,000; past loss of earnings of $1,000,000; future loss of earnings of $1,000,000; and $2,000,000 in general damages of pain, suffering and emotional distress.

9. The grounds for removal are apparent based upon information contained within the Complaint (diversity of citizenship) and the Statement of Damages (amount in controversy).

10. This Notice of Removal is being filed within 30 days of May 25, 2022, the date on which Defendant was served with Plaintiff's Complaint and Statement of Damages; and when Costco learned that the case is removable because there is diversity of citizenship between the parties and the amount in controversy is

sufficient to provide a basis for removal pursuant to 28 *U.S.C.* §1446(b)(3).

11. Costco will promptly serve Plaintiff with this Notice of Removal and will promptly file a copy of this Notice of Removal, addressed to Plaintiff and to the Clerk of the Superior Court of the State of California for the County of Los Angeles, in the State Court Action, as required by 28 *U.S.C.* §1446(d).

## DIVERSITY OF CITIZENSHIP

12. Plaintiff's Complaint alleges that she resides in the County of Los Angeles, CA. On information and belief, based upon Plaintiff's Costco membership information, Defendant believes Plaintiff to be domiciled in County of Los Angeles with no intention to leave the State of California. She is therefore a citizen of the State of California for purposes of diversity jurisdiction.

13. A corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business..." 28 *U.S.C.* §1332(c)(1). A corporation's "principal place of business" is its "nerve center," or the "place where a corporation's board and high-level officers direct, control and coordinate activities." *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F.Supp.2d 932, 940 (C.D.Cal.2011), quoting *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).

14. Costco is a Washington corporation, with its principal place of business in Washington. At all relevant times, Costco directed, controlled, and coordinated the company's activities from its headquarters in Washington. A true and correct copy of Costco's Articles of Incorporation is attached hereto as Exhibit D.

15. While Plaintiff purports to sue various Defendants under the fictitious names "Does 1 through 100" (Exhibit A; ¶¶ 3 and 4), "the citizenship of defendants sued under fictitious names shall be disregarded" for purposes of removal. 28 *U.S.C.* §1441.

16. At the time this action was commenced and at the present time, there was and is complete diversity of citizenship because Plaintiff and Costco are citizens

of different states.

## AMOUNT IN CONTROVERSY

17. Diversity jurisdiction exists "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 *U.S.C.* §1332(a).

18. Plaintiff's Statement of Damages identifies damages of $6,000,000.00 (Exhibit C).

19. Costco disputes that Plaintiff is entitled to damages in any amount and, by removing, does not concede that the amount in controversy is recoverable. Still, because Plaintiff's Statement of Damages identifies damages of $6,000,000.00, the claim clearly satisfies the jurisdictional limit for removal.

## DIVERSITY JURISDICTION

20. Pursuant to 28 *U.S.C.* §1332(a), this Court has jurisdiction over the State Court Action, and it may be removed to this Court pursuant to 28 *U.S.C.* §§1441 and 1446, because it is a civil action between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

21. The United States District Court for the Central District of California is the federal judicial district embracing the Superior Court of the State of California for the County of Los Angeles, where the State Court Action is now pending. Thus, the venue is proper in this court under 28 *U.S.C.* §1441(a).

///
///
///
///
///
///
///
///

WHEREFORE, Costco respectfully requests that the action be removed, in its entirety, from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, for further proceedings as though it had originally been instituted herein. Costco further requests that prays that this Court retain jurisdiction over this action to the exclusion of any other proceedings in the State Court.

DATED: June 16, 2022                        LEIBL, MIRETSKY & MOSELY, LLP

By: */s/ Michael Miretsky, Esq.*
Michael Miretsky, Esq.
Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

## DECLARATION OF MICHAEL MIRETSKY, ESQ.

I, Michael Miretsky, Esq., declare and state as follows:

1. I have personal knowledge of the following facts and, if sworn as a witness, could and would competently testify thereto, under oath.

2. I am a member of the law firm of Leibl, Miretsky & Mosely, LLP, attorneys for Defendant, COSTCO WHOLESALE CORPORATION. I have substantial responsibility for the file in this case and have thoroughly reviewed its contents.

3. On May 25, 2022, Plaintiff served Defendant with a copy of the Summons and Complaint for the State Court Action. Attached as Exhibit A to Defendant Costco Wholesale Corporation's Notice of Removal is a true and correct copy of the Summons and Complaint.

4. Attached as Exhibit B to Defendant Costco Wholesale Corporation's Notice of Removal is a true and correct copy of Defendant's Answer to the Complaint.

5. Attached as Exhibit C to Defendant Costco Wholesale Corporation's Notice of Removal is a true and correct copy of Plaintiff's Statement of Damages.

6. Attached at Exhibit D to Defendant Costco Wholesale Corporation's Notice of Removal is a true and correct copy of Defendant's Articles of Incorporation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of June 2022, in Agoura Hills, California.

                                                      __/s/ Michael Miretsky, Esq._____
                                                      Michael Miretsky, Esq., Declarant